1375/10-6156.DA / kjs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JERRY HOBBS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO.: 10 C 7649 |
| DOMENIC CAPPELLUTI, *et al.*, | ) ) JUDGE LEFKOW |
| Defendants. | ) ) MAGISTRATE SOAT BROWN ) |

**MOTION OF DEFENDANT KEVIN HARRIS TO**
**DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

NOW COMES the Defendant, KEVIN HARRIS, by and through one of his attorneys, WILLIAM W. KURNIK, and, pursuant to Rule 12(b)(6), moves to dismiss various counts of the Second Amended Complaint of the Plaintiff, Jerry Hobbs, for the reasons set forth below:

1. In this action, the Plaintiff seeks recovery of damages under 42 U.S.C. §1983 and alleges that he was imprisoned for in excess of five years as a result of his confession to murders of two young girls having been coerced in violation of the Fourteenth Amendment and obtained in violation of *Miranda*.

2. Counts I through V are federal claims and this Defendant maintains that those claims are barred by the applicable statute of limitations as the Plaintiff's federal causes of action accrued either when the confessions were obtained or were used to detain him, which occurred more than two years prior to the filing of this action. The accrual of those claims were not tolled until the criminal charges were dismissed, and Plaintiff's untimely filing is not excused by "fraudulent concealment."

3. This Defendant moves to dismiss Count I of the Plaintiff's Second Amended Complaint, a Fourteenth Amendment coerced confession claim, on the basis that it is duplicative of Counts II and III.

4. This Defendant moves to dismiss Count II of the Second Amended Complaint on the basis that its substantive due process claim is precluded by other, explicit constitutional and state law remedies.

5. The Defendant moves to dismiss the Fifth Amendment claim in Count III of the Second Amended Complaint on the basis that at the relevant time, it was not clearly established that a claim that a confession was obtained in violation of *Miranda* rose to the level of a violation of a constitutional right and thus this Defendant is entitled to qualified immunity.

6. The Defendant requests that Count VII of the Second Amended Complaint, a pendant state claim for intentional infliction of emotional distress, be dismissed on the basis that it is barred by the applicable statute of limitations, the one-year statute under the Illinois Tort Immunity Act.

7. The Defendant requests that Count X of the Second Amended Complaint, a pendant state claim for fraudulent concealment, be dismissed on the basis that it fails to state a claim.

WHEREFORE, the Defendant, KEVIN HARRIS, requests that the aforementioned counts be dismissed for the reasons set forth above.

Respectfully submitted by,

/s/ William W. Kurnik
William W. Kurnik, Attorney I.D. #01550632
One of the Attorneys for Defendant Kevin Harris

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys of record herein, hereby certifies that on June 9, 2011, the foregoing ***MOTION OF DEFENDANT KEVIN HARRIS TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT*** was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System, which will send notification of such filing to the following:

SEE ATTACHED ELECTRONIC FILING SERVICE LIST


/s/ William W. Kurnik
William W. Kurnik, Attorney I.D. #01550632


KNIGHT, HOPPE, KURNIK & KNIGHT, LTD.
Attorneys for Defendant KEVIN HARRIS
5600 North River Road, Suite 600
Rosemont, Illinois 60018-5114
Telephone: 847-261-0700
Facsimile: 847-261-0714
E-Mail: BKurnik@khkklaw.com

6156 MTD SAC 11-06-06

**ELECTRONIC FILING SERVICE LIST**

Amanda Marie Hillmann at ahillmann@khkklaw.com

Anne Zellner Nolte at anne@kathleentzellner.com

Benjamin Matthew Jacobi at bjacobi@okgc.com

Brandon K. Lemley at blemley@querrey.com, snuzzo@querrey.com

Clifford Gary Kosoff at ckosoff@okgc.com, docket@okgc.com

Douglas Henry Johnson at boblo6466@aol.com

Elizabeth A. Ekl at eekl@jsotoslaw.com, bazari@jsotoslaw.com, ckinowski@jsotoslaw.com, jkeith@hscblaw.com

Ellen Kornichuk Emery at eemery@ancelglink.com, jhicks@ancelglink.com

James Gus Sotos at jsotos@jsotoslaw.com, dburkhart@jsotoslaw.com, jkeith@jsotoslaw.com

Jason S. Callicoat at jcallicoat@querrey.com

Jeffrey Neil Given at jgiven@jsotoslaw.com, dburkhart@jsotoslaw.com, jkeith@jsotoslaw.com

Julie Ann Hofherr Bruch at jbruch@okgc.com, docket@okgc.com

Kathleen T. Zellner at kathleenzellner@gmail.com

Michael E. Kujawa at mkujawa@judgeltd.com, cbednarek@judgeltd.com, jkoop@judgeltd.com

Patrick Laurence Provenzale at pprovenzale@eklwilliams.com, mnash@eklwilliams.com

Paul Alan Rettberg at prettberg@querrey.com, lzahn@querrey.com

Pedro Fregoso, Jr. at pfregoso@ancelglink.com, jhicks@ancelglink.com

Terry A. Ekl at tekl@eklwilliams.com, mnash@eklwilliams.com

Thomas George DiCianni at tdicianni@ancelglink.com, dhincks@ancelglink.com

Tracy L. Stanker at tstanker@eklwilliams.com

Vincent C. Mancini at vmancini@eklwilliams.com, ddyonkee@eklwilliams.com, kfricker@eklwilliams.com, mnash@eklwilliams.com

William Charles Barasha at wbarasha@judgeltd.com, cbednarek@judgeltd.com, jkoop@judgeltd.com

William W. Kurnik at bkurnik@khkklaw.com

6156 MTD SAC 11-06-06