# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JERRY HOBBS, | ) |
| | ) |
| Plaintiff, | ) No. 10 c 7649 |
| | ) |
| v. | ) Honorable Joan Lefkow |
| | ) |
| DOMINIC CAPPELLUTI, et al., | ) Magistrate Judge Geraldine Brown |
| | ) |
| Defendants. | ) |

## MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT BY DEFENDANTS WALLER, MERMEL, PAVLETIC AND LAKE COUNTY

Defendants Michael Waller, Michael Mermel, Jeff Pavletic and Lake County, by their attorneys James G. Sotos, Elizabeth A. Ekl and Jeffrey N. Given, move to dismiss Plaintiff's Second Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) and state:

1. Plaintiff's Second Amended Complaint asserts several federal and state law claims alleging that he was falsely arrested and wrongfully prosecuted for the double murder of two young girls, one of whom was his daughter.

2. Counts I through III are federal claims brought pursuant to 42 U.S.C. §1983. Though those Counts are not brought against Defendants Waller, Mermel or Pavletic ("the State's Attorney Defendants") or Lake County, they form the predicates for the federal civil rights claims which are asserted against the State's Attorney Defendants in Count IV ("Failure to Intervene") and Count V ("Conspiracy").

3. Counts IV and V should be dismissed because they are time-barred, and the untimely filing is not excused by Plaintiff's implausible allegations of "fraudulent concealment."

4. Count IV also fails to state a claim against the State's Attorney Defendants because prosecutors do not have a duty to intervene with police. Count IV should also be dismissed against the State's Attorney Defendants because it is barred by principles of absolute prosecutorial immunity.

5. Count V also fails to state a claim against the State's Attorney Defendants because it fails to sufficiently plead the elements of conspiracy. Count V should also be dismissed against the State's Attorney Defendants because it is barred by principles of absolute prosecutorial immunity.

6. Counts VI and VII, which are state law claims for malicious prosecution and intentional infliction of emotional distress, respectively, should be dismissed as to the State's Attorney Defendants under principles of absolute prosecutorial immunity.

7. Count VIII, which is a state law claim for conspiracy, should be dismissed as to the State's Attorney Defendants because it fails to sufficiently plead the elements of conspiracy, and because it is barred by principles of absolute prosecutorial immunity.

8. Count IX, which is a state law claim for defamation, should be dismissed because it is barred by absolute privilege and otherwise fails to state a claim for defamation.

9. Count X, which is a state law claim for fraudulent concealment, should be dismissed against the State's Attorney Defendants because it fails to state a claim.

10. The state law claims against the State's Attorney Defendants must also be dismissed based on the Eleventh Amendment to the United States Constitution, as well as related principles of sovereign immunity, because the claims against the State's Attorney Defendants are treated as a suit against the State of Illinois, which can be brought only in the Illinois Court of Claims.

11. Count XI, which is a state law claim for *respondeat superior* against Lake County, must be dismissed because the County is not the employer of the State's Attorney Defendants, and because, if the underlying state law claims against the State's Attorney Defendants fail, the *respondeat superior* claim against Lake County also fails.

12. Count XII, which is a state law claim for statutory indemnification against Lake County, must be dismissed because if the underlying state law claims against the State's Attorney Defendants fail, the indemnification claim against Lake County also fails.

13. In support of this motion to dismiss, the State's Attorney Defendants and Lake County submit a memorandum in support, and also rely on the Joint Memorandum of All Law Enforcement Defendants filed previously by Defendant Kevin Harris. (*See* Docket #79.)

WHEREFORE, for the reasons stated above, the State's Attorney Defendants and Lake County request that all Counts against them be dismissed.

Dated: June 15, 2011                          RESPECTFULLY SUBMITTED,

James G. Sotos                                /s/James G. Sotos
Elizabeth A. Ekl                              James G. Sotos, Attorney No. 06191975
Jeffrey N. Given                              *One of the Attorneys for the State's Attorney*
JAMES G. SOTOS & ASSOCIATES, LTD.             *Defendants and Lake County*
550 East Devon Avenue, Suite 150
Itasca, Illinois 60143
(630) 735-3300 (telephone)
jsotos@jsotoslaw.com

3

## CERTIFICATE OF SERVICE

I certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that the foregoing is true and correct, that on Wednesday, June 15, 2011, I electronically filed the foregoing **Motion to Dismiss Plaintiff's Second Amended Complaint by Defendants Waller, Mermel, Pavletic and Lake County** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys listed on the attached Service List.

/s/James G. Sotos
James G. Sotos, Attorney No. 06191975
*One of the Attorneys for the State's Attorney Defendants and Lake County*

4

SERVICE LIST
Hobbs v. Cappelluti, et al.
Case No. 10-cv-7649

**Attorneys for Plaintiff**
Kathleen T. Zellner
Douglas H. Johnson
Anne Zellner Nolte
Kathleen T. Zellner & Associates.
2215 York Road, Suite 504
Oakbrook, IL 60523
(630) 955-1212
(630) 955-1111 (Fax)
kz1234@aol.com

**Attorneys for Defendants Andrew Jones and Village of Vernon Hills**
William C. Barasha
Michael E. Kujawa
Judge, James & Kujawa, Ltd.
422 North Northwest Highway, Suite 200
Park Ridge, IL 60068
(847) 292-1200
(847) 292-1208 (Fax)
Wbarasha@judgeltd.com
mkujawa@judgeltd.com

**Attorneys for Defendant Kevin Harris**
William W. Kurnik
Amanda M. Hillmann
Knight, Hoppe, Kurnik & Knight, Ltd.
5600 North River Road, Suite 600
Rosemont, IL 60018-5114
(847) 261-0700
(847) 261-0714 (Fax)
bkurnik@khkklaw.com
ahillmann@khkklaw.com

**Attorneys for Defendants Domenic Cappelluti, Charles Schletz, William Valko and The City of Waukegan**
Thomas G. DiCianni
Pedro Fregoso, Jr.
Ellen K. Emery
Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, IL 60603
(312) 782-7606
tdicianni@ancelglink.com
pfregoso@ancelglink.com
eemery@ancelglink.com

**Attorney for Defendants Village of Buffalo Grove and Thomas Derken**
Paul A. Rettberg
Jason S. Callicoat
Brandon K. Lemley
Querrey & Harrow, Ltd.
175 West Jackson Boulevard, Suite 1600
Chicago, IL 60604-2827
(312) 540-7040
(312) 540-0578
prettberg@querrey.com
jcallicoat@querrey.com
blemley@querrey.com

**Attorneys for Defendant City of Zion**
Clifford G. Kosoff
Julie A. Hofherr Bruch
Benjamin M. Jacobi
O'Halloran, Kosoff, Helander & Geitner, P.C.
650 Dundee Road, Suite 475
Northbrook, IL 60062
(708) 291-0200
ckosoff@okgc.com
jbruch@okgc.com
bjacobi@okgc.com

**Attorneys for Defendants Mark C. Curran, Timothy Jonites and Robert Dever**
Terry A. Ekl
Vincent C. Mancini
Patrick L. Provenzale
Tracy Stanker
Ekl Williams & Provenzale LLC
901 Warrenville Road, Suite 175
Lisle, Illinois 60532
(630) 654-0045
(630) 654-0150 (fax)
tekl@eklwilliams.com
vmancini@eklwilliams.com
pprovenzale@eklwilliams.com
tstanker@eklwilliams.com