**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JERRY HOBBS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 10 c 7649 |
| | ) | |
| v. | ) | Honorable Joan Humphrey Lefkow |
| | ) | |
| DOMINIC CAPPELLUTI, et al., | ) | Magistrate Judge Geraldine Soat Brown |
| | ) | |
| Defendants. | ) | |

**MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT**
**BY DEFENDANTS WALLER, MERMEL, PAVLETIC AND LAKE COUNTY**

Defendants Michael Waller, Michael Mermel, Jeff Pavletic and Lake County, by their attorneys James G. Sotos, Elizabeth A. Ekl and Jeffrey N. Given, move to dismiss Plaintiff's Third Amended Complaint pursuant to FED. R. CIV. P. 12(b)(1) and 12(b)(6) and state:

1. Plaintiff's Third Amended Complaint asserts several federal and state law claims alleging he was falsely arrested and wrongfully prosecuted based on his coerced, false confession to the double murder of two young girls, one of whom was his daughter.

2. Count I is a federal claim brought pursuant to 42 U.S.C. § 1983 entitled "Coerced Confession: Fourteenth Amendment." It is brought against Defendants Waller and Pavletic, among others. Count I should be dismissed because it is time-barred, because it is duplicative of Counts II and III, because it fails to state a claim, and because it is barred by absolute prosecutor immunity.

3. Count II is a federal claim brought pursuant to 42 U.S.C. § 1983 entitled "Substantive Due Process: Shock the Conscience." Count II, which is subject to dismissal on several grounds, is not brought against Defendants Waller, Mermel or Pavletic ("the State's

Attorney Defendants") or Lake County. Count II, however, forms a predicate for the federal civil rights claims asserted against the State's Attorney Defendants in Count IV and Count V.

4. Count III is a federal claim brought pursuant to 42 U.S.C. §1983 entitled "Procedural Due Process: 5th and 14th Amendments." It is brought against all of the State's Attorney Defendants, among others. Count III should be dismissed because it is time-barred, because it fails to state a claim, and because it is barred by absolute prosecutor immunity. The State's Attorney Defendants are also entitled to qualified immunity from Plaintiff's Fifth Amendment claim.

5. Count IV is a federal claim brought pursuant to 42 U.S.C. §1983 entitled "Failure to Intervene." It is brought against all of the State's Attorney Defendants, among others. Count IV should be dismissed because it is time-barred, because it fails to state a claim since prosecutors do not have a duty to intervene with police, and because it is barred by absolute prosecutor immunity.

6. Count V is a federal claim brought pursuant to 42 U.S.C. §1985 entitled "Conspiracy." It is brought against all of the State's Attorney Defendants, among others. Count V should be dismissed because it is time-barred, because it fails to sufficiently plead the elements of conspiracy, and because it is barred by principles of absolute prosecutorial immunity.

7. Count VI is a federal claim brought pursuant to 42 U.S.C. §1983 entitled "4th and 14th Amendment Claim for Malicious Prosecution." Count VI is brought against all of the State's Attorney Defendants, among others. Count VI must be dismissed because Plaintiff admits the Seventh Circuit has held there is no cause of action for malicious prosecution under section 1983, and because it is barred by absolute prosecutor immunity.

8. Count X is a federal claim brought pursuant to 42 U.S.C. §1983 entitled "Deprivation of Access to Courts." It is brought against all of the State's Attorney Defendants, among others. Count X should be dismissed because it fails to state a claim, and because it is barred by absolute prosecutor immunity and by qualified immunity.

9. Counts XI and XII are state law claims for malicious prosecution and intentional infliction of emotional distress, respectively, brought against all of the State's Attorney Defendants. Counts XI and XII should be dismissed under principles of absolute prosecutorial immunity. Count XII is also time-barred.

10. Count XIII is a state law claim for conspiracy brought against all of the State's Attorney Defendants. Count XIII should be dismissed because it fails to sufficiently plead the elements of conspiracy, and because it is barred by principles of absolute prosecutorial immunity.

11. Count XV, which is a state law claim for false light against Defendant Waller, should be dismissed because it is barred by absolute privilege and otherwise fails to state a claim.

12. All of the state law claims against the State's Attorney Defendants (Counts XI, XII, XIII, XIV, and XV) must also be dismissed based on the Eleventh Amendment to the United States Constitution, as well as related principles of sovereign immunity, because the claims against the State's Attorney Defendants are treated as a suit against the State of Illinois, which can be brought only in the Illinois Court of Claims.

13. Count XVI, which is a state law claim for statutory indemnification against Lake County, must be dismissed because if the underlying state law claims against the State's Attorney Defendants fail, the indemnification claim against Lake County also fails.

14. Count XVII, which is a state law claim for *respondeat superior* against Lake County, must be dismissed because the County is not the employer of the State's Attorney Defendants, and because, if the underlying state law claims against the State's Attorney Defendants fail, the *respondeat superior* claim against Lake County also fails.

15. In support of this motion to dismiss, the State's Attorney Defendants and Lake County submit a memorandum in support, and also rely on and join in the "Joint Memorandum of All Law Enforcement Defendants" filed by Defendant Kevin Harris. *See* Dkt. 97-1.

WHEREFORE, for the reasons stated above, the State's Attorney Defendants and Lake County request that all Counts against them be dismissed.


Dated: August 31, 2011                                RESPECTFULLY SUBMITTED,

                                                     /s/James G. Sotos
                                                     James G. Sotos, Attorney No. 06191975
                                                     *One of the Attorneys for the State's Attorney Defendants and Lake County*


James G. Sotos
Elizabeth A. Ekl
Jeffrey N. Given
JAMES G. SOTOS & ASSOCIATES, LTD.
550 East Devon Avenue, Suite 150
Itasca, Illinois 60143
(630) 735-3300 (telephone)
(630) 773-0980 (facsimile)
jsotos@jsotoslaw.com

## **CERTIFICATE OF SERVICE**

       I certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that the foregoing is true and correct, and that I electronically filed a complete copy of the foregoing **Motion to Dismiss Plaintiff's Third Amended Complaint by Defendants Waller, Mermel, Pavletic and Lake County** with the Clerk of the Court on **Wednesday, August 31, 2011** using the CM/ECF system, which will send notification of such filing to the attached service list.

       /s/James G. Sotos
       James G. Sotos, Attorney No. 06191975
       *One of the Attorneys for the State's Attorney*
       *Defendants and Lake County*

**SERVICE LIST**
**Hobbs v. Cappelluti, et al.**
**Case No. 10-cv-7649**

**Attorneys for Plaintiff**
Kathleen T. Zellner
Douglas H. Johnson
Anne Zellner Nolte
Kathleen T. Zellner & Associates.
2215 York Road, Suite 504
Oakbrook, IL 60523
(630) 955-1212
(630) 955-1111 (Fax)
kathleen.zellner@gmail.com
anne@kathleenzellner.com
bobo106466@aol.com

**Attorneys for Defendants Andrew Jones and Village of Vernon Hills**
William C. Barasha
Michael E. Kujawa
Judge, James & Kujawa, Ltd.
422 North Northwest Highway, Suite 200
Park Ridge, IL 60068
(847) 292-1200
(847) 292-1208 (Fax)
wbarasha@judgeltd.com
mkujawa@judgeltd.com

**Attorneys for Defendant Kevin Harris**
William W. Kurnik
Amanda M. Hillmann
Knight, Hoppe, Kurnik & Knight, Ltd.
5600 North River Road, Suite 600
Rosemont, IL 60018-5114
(847) 261-0700
(847) 261-0714 (Fax)
bkurnik@khkklaw.com
ahillmann@khkklaw.com

**Attorneys for Defendants Domenic Cappelluti, Charles Schletz, William Valko and The City of Waukegan**
Thomas G. DiCianni
Pedro Fregoso, Jr.
Ellen K. Emery
Ancel, Glink, Diamond, Bush, DiCianni & Krafthefer, P.C.
140 South Dearborn Street, Sixth Floor
Chicago, IL 60603
(312) 782-7606
tdicianni@ancelglink.com
pfregoso@ancelglink.com
eemery@ancelglink.com

**Attorneys for Defendant City of Zion**
Clifford G. Kosoff
Julie A. Hofherr Bruch
Benjamin M. Jacobi
O'Halloran, Kosoff, Helander & Geitner, P.C.
650 Dundee Road, Suite 475
Northbrook, IL 60062
(708) 291-0200
ckosoff@okgc.com
jbruch@okgc.com
bjacobi@okgc.com

**Attorneys for Defendants Garth Glassburg, Kelly Lawrence and Northeastern Illinois Regional Crime Laboratory**
Cary James Collins
Thomas Steven Radja, Jr.
Collins & Radja
2200 West Higgins Road
Suite 145
Hoffman Estates, IL 60195
(708) 519-0010
cjcollins4@aol.com
radjat2@aol.com